# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RODNEY LAMAR DOBY                                                      PETITIONER

v.                                NO. 5:08CV00329 SWW

LARRY NORRIS, Director of the                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by petitioner Rodney Lamar Doby is denied. <u>See</u> Document 14. His petition for writ of habeas corpus is dismissed with prejudice as it is barred by limitations. Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 31st day of August, 2009.

                                                       /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE